UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


ROBERT GENE BAILEY,              )
                                       )
            Plaintiff,         )
                                       )
v.                             )        **JUDGMENT**
                                     )
WILLIAM C. TOMAN, JR.; R.M.    )        Case No. 5:13-CV-268-FL
ASHLEY; K.D. MACKEY; P.J.       )
GRAHAM; RON SMITH; UNKNOWN  )
FEMALE OFFICER; C.C. BLAKE;    )
and JOSEPH GARDNER,         )
                                       )
           Defendants.     )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 10, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(g).  The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 11, 2013, and Copies To:**

Robert Gene Bailey (via U.S. Mail) Hyde Correctional Institution
                              PO Box 278, Swan Quarter, NC 27885


April 11, 2013               JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk